In the Matter of the Final Judicial Settlement of the Account of Proceedings of WILLIAM ARCHER, as Administrator, etc., of CATALINA GREGOIRE, Deceased. GEORGE V. TODOROVITCH, as Consul General of the Kingdom of the Serbs, Croats and Slovenes, Appellant; DANIEL E. KELLY, as Special Guardian for Infants, etc., Respondent.— Decree of the Surrogate's Court of Westchester county modified by reducing the amount of the special guardian's allowance to the sum of $750, and as so modified affirmed, in so far as appealed from, without costs. Lazansky, P. J.. Rich, Kapper and Scudder, JJ., concur; Hagarty, J., dissents and votes to affirm.

In the Matter of the Probate of the Last Will and Testament of LOUISE LIEBEGOTT, Deceased. MARK FRACKMAN, as Special Guardian of ALICE LIEBE-GOTT, an Infant, Appellant, Respondent; LOUISE MYER, Executrix Named in Alleged Last Will and Testament of LOUISE LIEBEGOTT, Respondent, Appellant.— Decree of the Surrogate's Court of Queens county in so far as appealed from by the contestant, unanimously affirmed, without costs. Decree, in so far as appealed from by the proponent, unanimously affirmed, without costs other than the necessary printing disbursements, payment of which we direct to be made out of the estate. We are of opinion that there was no substantial evidence upon which could be predicated a finding of undue influence, and that the surrogate's decree setting aside the verdict and directing probate was proper. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Petition of BROOKLYN TRUST COMPANY to Render and Settle Its Account as Trustee under the Will of FRANK P. ROSSITER, Deceased, and for a Construction of the Will of Said Deceased. BROOKLYN TRUST COMPANY, as Trustee under the Will of FRANK P. ROSSITER, Deceased, and C. LAWRENCE ROSSITER and WINTON G. ROSSITER, as Executors of the Will of CLINTON L. ROSSITER, Deceased, Respondents; FREDERICK A. KECK, Special Guardian for Unknown Parties, and LUCIUS T. ROSSITER, Appellants.*— Decree of the Surrogate's Court of Kings county affirmed, with costs, payable out of the estate of Frank P. Rossiter, to all parties appearing and filing briefs. Lazansky, P. J., Rich, Hagarty and Scudder, JJ., concur; Kapper, J., dissents.